IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| CONTI, LLC, | ) | |
| *a Delaware Limited Liability Company*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ARRAY CONSTRUCTION, LLC, | ) | |
| *a Delaware Limited Liability Company, et al.*, | ) | |
| | ) | |
| Defendants. | ) | Civil Action No. 1:21-CV-049-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered

civil action be **DISMISSED** without prejudice.

SIGNED this 21st day of June, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE